27 F.3d 563
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joseph M. PERSINGER, on behalf of themselves and all other
shareholders of Persingers, Incorporated, a West Virginia
corporation; Kenneth T. Williamson; Carol Preston
Williamson, Plaintiffs-Appellants,
v.
R. Frank CARMAZZI; Sales One, Inc., a West Virginia
corporation; Sales Two, Inc., a West Virginia corporation;
John C. Morton; W. Guy Wiles, Jr.; William A. Tantlinger;
Persingers, Incorporated, a West Virginia corporation;
William F. Agee; First Huntington National Bank, N.A.,
Defendants-Appellees.
Meredith T. PERSINGER; M. Thomas Persinger, Executors of
the Estate of Helen P. Reams, deceased; Mary
Boland Persinger; John Powers
Persinger; Kathleens.
Persinger,
Plaintiffs-
Appellants,
v.
R. Frank CARMAZZI; Sales One, Incorporated, a West Virginia
corporation; Sales Two, Incorporated, a West Virginia
corporation; John C. Morton; W. Guy Wiles, Jr.; William
A. Tantlinger; Persingers, Incorporated, a West Virginia
corporation; William F. Agee; First Huntington National
Bank, N.A., Defendants-Appellees.
Margaret R. MCCARTNEY; Elizabeth P. Chadek; Mary Frances
Persinger, Plaintiffs-Appellants,
v.
R. Frank CARMAZZI; Sales One, Incorporated, a West Virginia
corporation; Sales Two, Incorporated, a West Virginia
corporation; John C. Morton; W. Guy Wiles, Jr.; William
A. Tantlinger; Persingers, Incorporated, a West Virginia
corporation; William F. Agee; First Huntington National
Bank, N.A., Defendants-Appellees.
 Nos. 92-1832, 92-1833, 92-1834.
 United States Court of Appeals, Fourth Circuit.
 Argued Feb. 2, 1993.
Decided June 29, 1994.
 
 Appeals from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-87-462-2, CA-89-410-2, CA-89-411-2)
 Argued: Edmond Daniel Johnson, Morris, Nichols, Arsht & Tunnell, Wilmington, DE. On brief: David G. Thunhorst, Morris, Nichols, Arsht & Tunnell, Wilmington, DE; John E. Lutz, J.W. Riccardi, Dodson, Riccardi & Lutz, Charleston, WV, for Appellants.
 
 
 1
 Argued: Cheryl Lynne Connelly, Campbell, Woods, Bagley, Emerson, McNeer & Herndon, Huntington, WV. On brief: E.M. Kowal, Jr., Campbell, Woods, Bagley, Emerson, McNeer & Herndon, Huntington, WV; William C. Beatty, Daniel J. Konrad, Huddleston, Bolen, Beatty, Porter & Copen, Huntington, WV, for Appellees.
 
 
 2
 S.D.W.Va.
 
 
 3
 AFFIRMED.
 
 
 4
 Before RUSSELL, HALL and MURNAGHAN, C.J.
 
 OPINION
 PER CURIAM:
 
 5
 Certain shareholders of Persingers, Inc., a West Virginia corporation, brought suit against R. Frank Carmazzi and others to halt the buyout of minority shareholders and the merger of Persingers with a corporation controlled by Carmazzi. The district court granted summary judgment for the defendants. The plaintiffs appealed, and we certified questions of law to the West Virginia Supreme Court of Appeals. The West Virginia court's answers, see Persinger v. Carmazzi, 441 S.E.2d 646 (W.Va.1994), confirm the correctness of the district court's judgment, and, therefore, we affirm.
 
 AFFIRMED